UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEON WILSON CROCKETT,<br><br>    Petitioner,<br><br>    v.<br><br>RICK HILL, Warden,<br><br>    Respondent. | No. 2:20-cv-0213 JAM KJN P<br><br>FINDINGS AND RECOMMENDATIONS |

Petitioner is a state prisoner, proceeding pro se and in forma pauperis. He filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On June 26, 2020, respondent filed a motion to dismiss this action on several grounds, including that the petition should be dismissed because it is successive. Petitioner filed an opposition; respondent filed a reply. As discussed below, respondent's motion should be granted.

The court's records reveal that petitioner previously filed an application for a writ of habeas corpus attacking the 2009 conviction and 29-year sentence that he is again challenging in this case. The previous application was filed on August 26, 2010, and was denied on the merits on March 30, 2012. Crockett v. Barnes, 2:10-cv-2296 JKS (E.D. Cal.)

Before petitioner can proceed with the instant application, he must move in the United States Court of Appeals for the Ninth Circuit for an order authorizing the district court to consider the application. 28 U.S.C. § 2244(b)(3). Therefore, petitioner's application must be dismissed

without prejudice to its re-filing upon obtaining authorization from the United States Court of Appeals for the Ninth Circuit.[1]

In accordance with the above, IT IS HEREBY RECOMMENDED that:

1. Respondent's motion to dismiss (ECF No. 20) be granted on the grounds that the instant petition is successive; and

2. This action be dismissed without prejudice.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within **thirty** days after being served with these findings and recommendations, the parties may file written objections with the court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Petitioner is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).  Any reply to objections shall be filed fourteen days thereafter.

Dated:  September 15, 2020

*/s/ Kendall J. Newman*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/croc0213.succ

---

[1] Because the court recommends dismissal, the undersigned declines to address respondent's alternative arguments.

2