UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEON WILSON CROCKETT,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>RICK HILL, Warden,<br><br>　　　　　Respondent. | No. 2:20-cv-0213 JAM KJN P<br><br><br>ORDER |

　　　　Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On September 16, 2020, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within thirty days. Neither party has filed objections to the findings and recommendations.

　　　　The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

　　　　1. The findings and recommendations filed September 16, 2020, are adopted in full.

////

1

1     2. Respondent's motion to dismiss (ECF No. 20) is granted on the grounds that the instant
2  petition is successive.
3     3. This action be dismissed without prejudice.
4     4. The court declines to issue the certificate of appealability referenced in 28 U.S.C.
5  § 2253.

DATED: November 10, 2020          /s/ John A. Mendez
                                  THE HONORABLE JOHN A. MENDEZ
                                  UNITED STATES DISTRICT COURT JUDGE